MEMO ENDORSED

## quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7200**

WRITER'S EMAIL ADDRESS
**susheelkirpalani@quinnemanuel.com**

April 8, 2026

**VIA ELECTRONIC MAIL & ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

      Re:    *AG Centre Street Partnership L.P. et al. v. Eaton Vance Management et al.*,
              No. 23 Civ. 587 (KPF) (OTW) [rel. 21-cv-03987]
              Joint Status Update Pursuant to Order dated August 23, 2023 [ECF No. 21]

Dear Judge Failla:

      We represent plaintiffs in the above-captioned action.  Pursuant to the Court's August 23, 2023 Order (ECF No. 21), I write on behalf of all parties in this case, as well as non-party Serta Simmons Bedding, LLC ("SSB").

      At the time of the parties' last joint status update letter (ECF No. 38), claims that are at issue in this case were set to be tried before the U.S. Bankruptcy Court for the Southern District of Texas.  Trial concluded on March 25, 2026, and the parties now await the Bankruptcy Court's decision.  The Bankruptcy Court has indicated that it expects to issue a decision in late June or early July.

      The parties and SSB are available at the Court's convenience to discuss the status of the case pending before the Bankruptcy Court if that would be helpful to the Court.  We will provide a further update in 90 days pursuant to the Court's Order.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Susheel Kirpalani

cc:     Luna N. Barrington, Esq., Weil Gotshal & Manges LLP (counsel for non-party Serta
        Simmons Bedding, LLC) (by e-mail)
        All Counsel of Record (by ECF)

The Court is in receipt of the parties' above joint status letter
(Dkt. #40) and looks forward to a further update in 90 days (*see*
Dkt. #21).

Dated:     April 9, 2026            SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE

2